```
1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE
9
```

| DAVID ZAITZEFF, | CASE NO. C17-0184JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff David Zaitzeff's motion to modify court rules. (Mot. to Modify (Dkt. # 16).) Mr. Zaitzeff sued Defendants City of Seattle and Dan Satterberg and seeks injunctive relief permitting him to carry several weapons at upcoming street fairs in various Seattle neighborhoods. (*See* Am. Compl. (Dkt. # 5); PI Mot. (Dkt. # 14).) Since filing this lawsuit, Mr. Zaitzeff has attempted to communicate directly with officers of the Seattle Police Department regarding the subject of the lawsuit. (*See* Mot. to Modify at 5-7.) Counsel for Defendants objects to this mode of communication and instructed Mr. Zaitzeff that if he desires to communicate with

1 | Defendants or their agents regarding the subject of this lawsuit, he must do so through
2 | counsel. (*Id.* at 8.) Mr. Zaitzeff requests that the court permit him to communicate
3 | directly with Defendants and their agents. (*See generally id.*)

4 | Defendants are entitled to decline to communicate regarding the subject of this
5 | lawsuit except through counsel. (*See* Mot. to Modify at 8.) Mr. Zaitzeff provides no
6 | legal or factual ground that warrants ruling otherwise (*see generally id.*), and the court
7 | therefore DENIES his motion (Dkt. # 16).

8 | Dated this 25 day of April, 2017.

JAMES L. ROBART
United States District Judge