The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DAVID ZAITZEFF, an individual,<br><br>　　　　　　*Plaintiff,*<br>v.<br><br>CITY OF SEATTLE, a municipality, in re SMC 12A.14 and KING COUNTY PROSECUTOR DAN SATTERBERG and those in privity with him. In re RCW 941.250 and Sea v. Evans,<br><br>　　　　　　*Defendants.* | NO. C17-0184-JLR<br><br>ORDER GRANTING STATE OF WASHINGTON'S MOTION TO INTERVENE AS OF RIGHT<br><br>~~(PROPOSED)~~<br><br>NOTED FOR CONSIDERATION ON JUNE 23, 2017 |

　　　Before the Court is a motion to intervene filed by the State of Washington. Having considered the motion, all materials submitted in support of the motion and any opposition to the motion, the Court hereby finds and **ORDERS**:

　　　1.　　The Motion to Intervene is granted.

　　　2.　　The State of Washington shall be served copies of all future pleadings filed in this matter.

　　　Dated this 20th day of June, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge James L. Robart
　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　Western District of Washington

ORDER GRANTING STATE OF
WASHINGTON'S MOTION TO
INTERVENE AS OF RIGHT
NO. C17-0184-JLR

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200