# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID ZAITZEFF, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | CASE NO. C17-184 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendant City of Seattle has filed a motion to dismiss (Dkt. No. 43), with Defendant King County and Intervenor Defendant State of Washington filing motions for joinder. (Dkt. Nos. 44 and 45.) The dismissal motion is noted for January 12, 2018.

Additionally, there are currently three other motions pending in this matter. (Dkt. Nos. 27, 38, and 39.) Those pending motions are hereby RE-NOTED to January 12, 2018. The Court will rule on all pending motions jointly in an omnibus order.

1

2   The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

3   Filed: January 3, 2018.

4
                                            William M. McCool
5                                           Clerk of Court

6                                            s/Paula McNabb
                                            Deputy Clerk