# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ZAITZEFF,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C17-184 MJP |

\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion to dismiss Plaintiff's amended complaint for lack of standing is GRANTED. Plaintiff's amended complaint is DISMISSED; because amendment of the complaint would be futile, the matter is dismissed with prejudice.

Any other motions pending in this matter are STRICKEN as moot.

Dated: February 2, 2018.

                                                                        <u>William M. McCool          </u>
                                                                         Clerk of Court

                                                                        <u> s/ Paula McNabb            </u>
                                                                        Deputy Clerk